**Order entered April 11, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00406-CV

**MEDI-LYNX MONITORING, INC., MEDI-LYNX CARDIAC MONITORING, LLC, ANDREW J. BOGDAN, Appellants**

**V.**

**AMI MONITORING, INC., SPECTOCOR, LLC, AND JOSEPH H. BOGDAN, Appellees**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-03634-2015**

## ORDER
Before Justices Francis, Fillmore and Stoddart

Before the Court is appellants' Emergency Motion to Dissolve Temporary Injunction or,

in the Alternative to Stay Enforcement of the Temporary Injunction. We **DENY** the motion.

          /s/     ROBERT M. FILLMORE
                  JUSTICE